UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Mire Preldakaj,

Petitioner,

v.

Field Director of ICE New York, et al.,

Respondents.

26-CV-9287 (DEH)

ORDER

DALE E. HO, United States District Judge:

The Court is in receipt of Respondents' October 23, 2026 Letter ("Respondents' Letter"), ECF No. 7. The Letter informs the Court that Petitioner "is not detained by ICE." Respondents' Letter 1. In light of Respondents' Letter, Petitioner is ordered to file a letter, by no later than **October 30, 2026**, explaining whether Petitioner is detained, whether Petitioner still seeks relief from this Court, and why this petition should not be dismissed if Petitioner was not, as alleged in the petition, detained by ICE on October 23, 2026.

The hearing currently scheduled for November 13, 2026 is **ADJOURNED** until further notice from the Court. All briefing deadlines, including Respondents' October 28, 2026 deadline to respond to the Petition, *see* Stay of Removal and Order to Show Cause 2 ("Stay Order"), ECF No. 4, are hereby **ADJOURNED** until further notice from the Court.

Counsel for Respondents is directed to serve a copy of this Order, as well as copies of the following filings, on Petitioner and Petitioner's next friend, and to file proof of service on the docket, by no later than **October 26, 2026**: the Stay Order, ECF No. 4; the Order Directing Payment of Fee or IFP Application, ECF No. 5; and Respondents' Letter, ECF No. 7.

SO ORDERED.

Dated: October 26, 2026
New York, New York

DALE E. HO
United States District Judge